UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NHUC THENG TANG ,

Petitioner,

v.

TODD BLANCHE, ET AL,

Respondent.

Case No. 2:26-cv-03797-BAT

ORDER

This is a federal habeas action filed under 28 U.S.C. § 2241. Petitioner has filed an application to proceed in forma pauperis ("IFP"). Dkt. 1.

Petitioner's application to proceed IFP (dkt. 1) is PROVISIONALLY GRANTED. Because petitioner has $216.58 in her bank account and $2,000 in her checking account, she is ordered to pay the $5 filing fee by Monday, October 19th, 2026, or show cause why she is unable to.

The Clerk is directed to re-note petitioner's IFP application to October 19th, 2026.

Dated this 8th day of October, 2026.

Brian A. Tsuchida
United States Magistrate Judge