UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NHUC THENG TANG ,

Petitioner,

v.

TODD BLANCHE, ET AL,

Respondent.

Case No. 2:26-cv-03797-TLF

ORDER PROVISIONALLY GRANTING MOTION FOR A TEMPORARY RESTRAINING ORDER,

This matter comes before the Court on petitioner Nhuc Theng Tang's motion for a temporary restraining order (TRO) to prevent her transfer during the pendency of the petition. Dkt. 13. On October 20, 2026, respondents filed a notice of intent to remove petitioner to Vietnam. Dkt. 12. The response to the petition is due by October 22, 2026, and the reply is due by October 27, 2026. Dkt. 9.

Petitioner, a native and citizen of Vietnam, alleges she has been detained at the Northwest ICE Processing Center ("NWIPC") in Tacoma, Washington since October 6, 2026, when she was taken into custody during a regular check-in after being released on an Order of Supervision for over twenty-five years. Dkt. 7 at 4. Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 on the grounds that that there is no significant likelihood of removal in the reasonably foreseeable future, in violation of *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001), and her re-detention by Immigration and Customs Enforcement violated her due process rights. Dkt. 1 at 27-30;

Dkt. 13 at 2. Petitioner also "intends to file an amended petition raising an additional claim that execution of the removal order would be unlawful" because "[t]he day after the petition in this case was filed, the Skagit County Superior Court vacated Ms. Tang's only criminal conviction, which served as the basis for the removal order." Dkt. 13 at 3.

To preserve the Court's jurisdiction over this matter pending a resolution on the merits of petitioner's due process claim and potential amended petition, the Court will provisionally enjoin petitioner's transfer or removal from the Western District of Washington until further order of the Court. *See A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025) (Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve [] jurisdiction over the matter.").

Accordingly, the Court ORDERS that:

1. Petitioner's motion for TRO (Dkt. 13) is provisionally GRANTED IN PART.
2. Respondents **ARE PROHIBITED** from removing Petitioner from the United States or from this jurisdiction—i.e., the Western District of Washington. Respondents **ARE PROHIBITED** from removing petitioner from the United States or transferring her from the Northwest ICE Processing Center to any other detention facility during the pendency of these proceedings, without further order of this Court, unless such transfer is necessary for medical evaluation or treatment.

This Order will be in effect immediately upon filing, and will remain in effect until this Court issues an order on the merits of the habeas corpus petition, or issues an order on a preliminary injunction, or issues an order on a motion to modify or strike the

restraining order. The Court will enter a separate order for briefing on the motion for temporary restraining order.

Dated this 21st day of October, 2026.

Theresa L. Fricke
United States Magistrate Judge